THE LAW OFFICES OF
# JEFFREY E. GOLDMAN
501 FIFTH AVE, SUITE 1900<br>
NEW YORK, NY 10017<br>
(212) 983-8999<br>
Fax (646) 693-2289

MEMBER OF THE NY & PA BARS                                    E-MAIL-THOMAS@JGOLDMANLAW.COM

September 7, 2017

**VIA ECF**

The Hon. Colleen McMahon<br>
Chief Judge, United States District Court<br>
Southern District of New York<br>
500 Pearl Street, Rm. 2550<br>
New York, NY 10007

      Re:    **Ceron et al v. Klein et al**<br>
                Case No. 1:17-cv-06528

Dear Judge McMahon:

      My office represents the Plaintiffs in this matter. I am writing to advise the Court that I erroneously filed this matter in the Southern District of New York. As the caption of the complaint indicates, it should have been filed in the Eastern District of New York. This case has since been filed in the Eastern District of New York, Docket No. 17-cv-05078.

      I realized my mistake after filing and promptly contacted the Clerk's Office. I was instructed to await judicial assignment and file this letter on the docket. I respectfully request this case be closed and the appropriate department refund my filing fee. I apologize for the confusion and I thank the Court for its consideration.

                                                        Respectfully submitted,

                                                         /s/

                                                   Thomas H. Andrykovitz, Esq.